U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5:30 P.M.
Dec 4 2007
R. James
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EVERETT D. JACKSON,

    Plaintiff,

v.

D. RAY JAMES PRIVATE PRISON;
Correctional Officer RICHARD
DIETRICH; Correctional Officer
NEWMAN; Correctional Officer
SPIVEY, and L.T. BRADEL,

    Defendants.

CIVIL ACTION NO.: CV506-087

## ORDER

Plaintiff, an inmate formerly incarcerated at Hays State Prison in Trion, Georgia, filed the captioned action *in forma pauperis* seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated October 18, 2006, Plaintiff was advised that he "... shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice."

On March 2, 2007, the Clerk's office forwarded a copy of an Order to Plaintiff at Hays State Prison, the only address provided by Plaintiff. That Order was returned by the United States Postal Service, with the notation that Plaintiff has been released. As Plaintiff has not advised the Court of a change in his address, in violation of this Court's October 18, 2006, Order this action is **DISMISSED**, without prejudice, for want of

prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. <u>Link v. Wabash Railroad Company</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

**SO ORDERED**, this 4th day of APRIL, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)