# United States District Court
## Southern District of Georgia

EVERETT D. JACKSON
        Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV506-087

D. RAY JAMES PRIVATE PRISON;
Correctional Officer RICHARD DIETRICH;
ET AL.
        Defendnats

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 4, 2007, dismissing this action without prejudice; Judgment is hereby entered.

April 9, 2007
Date

Scott L. Poff
Clerk

(By) Deputy Clerk